**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**


| | | |
|---|---|---|
| **BRYAN DUNN,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL NO. 10-cv-776-MJR** |
| | **)** | |
| **SHERIFF OF KNOX COUNTY AND** | **)** | |
| **KNOX COUNTY JAIL** | **)** | |
| | **)** | |
| **Defendants.** | | |


**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On

March 3, 2011, because Plaintiff was no longer incarcerated, the Court ordered Plaintiff to pay the

$350 filing fee in full, or in the alternative to file a new motion to proceed *in forma pauperis,* by

March 18, 2011 (Doc. 7). Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED without**

**prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally*

*Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir.

1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: March 24, 2011                         **/s/ MICHAEL J. REAGAN**
                                                          **U.S. DISTRICT JUDGE**